DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RICHARD CLYDE McNICHOLS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:09-CR-00050 AWI |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE HEARING; |
| | ) | ORDER |
| RICHARD CLYDE McNICHOLS, JR., | ) | Date : April 27, 2009 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

attorneys of record herein, that the Status Conference Hearing in the above-captioned matter now set for

March 30, 2009, **may be continued to April 27, 2009, at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense

investigation and plea negotiation prior to hearing. Defendant is on release near Chico, California, and

discovery is being delivered March 18, 2009. Counsel needs time to arrange for defendant to see

contraband in Merced, California before deciding on a plea offer. The requested continuance will

conserve time and resources for both counsel and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

LAWRENCE G. BROWN
Acting United States Attorney

DATED: March 18, 2009                /s/ David L. Gappa
                                     DAVID L. GAPPA
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: March 18, 2009                /s/ Douglas J. Beevers
                                     DOUGLAS J. BEEVERS
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     Richard Clyde McNichols, Jr.


## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).


IT IS SO ORDERED.

**Dated:    March 18, 2009**              /s/ Anthony W. Ishii
                                     CHIEF UNITED STATES DISTRICT JUDGE