IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>RICHARD CLYDE MCNICHOLS,<br><br>                Defendant. | Case No.: 1:09-CR-00050-001 JLT SKO<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on July 17, 2023, to 3 months, IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: __**July 20, 2023**__                              *Jennifer L. Thurston*
                                                                          UNITED STATES DISTRICT JUDGE