IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD CLYDE McNICHOLS,<br><br>Defendant. | Case No. 1:09-CR-00050-001-JLT SKO<br><br>**ORDER** |

IT IS HEREBY ORDERED that the personal property of Richard McNichol, seized on February 27, 2013, specifically 60 dvds containing pornography, books, comics, Xbox, and cell phone are to be released[1] or appropriately destroyed and disposed of by the U.S. Probation Office.

IT IS SO ORDERED.

Dated:   **July 26, 2023**

UNITED STATES DISTRICT JUDGE

---

[1] Probation has reported that a relative of Mr. McNichols has requested the Xbox and/or other items. The authority of Probation to release items is limited to the items on which no illegal material was found.